# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK TELLEZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>LELAND McEWEN, Acting Warden,<br><br>　　　　　　Respondent. | Case No. CV 12-3788-GW (LAL)<br><br>**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Final Report and Recommendation, Petitioner's Objections to the Report and Recommendation, Respondent's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　　The parties' Objections generally lack merit for the reasons set forth in the Final Report and Recommendation.

　　　　Accordingly, IT IS ORDERED THAT:

　　　　1.　　The Final Report and Recommendation is approved and accepted;

　　　　2.　　Judgment be entered denying the Petition and dismissing this action with

-1-

prejudice; and

3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.[1] Thus, the Court declines to issue a certificate of appealability.

DATED: June 23, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).