# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK TELLEZ,<br><br>Petitioner,<br><br>v.<br><br>LELAND McEWEN, Acting Warden,<br><br>Respondent. | Case No. CV 12-3788-GW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Final Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  June 23, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE